EXHIBIT C

# Soho 25 Retail, LLC
# Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 | Dec 31, 08 |
|---|---:|---:|
| **ASSETS** | | |
|   Current Assets | | |
|     Checking/Savings | | |
|       Total Bank Accounts | | |
|         SOHO 25 Operating 2964003822 | 30.71 | 5,113.66 |
|         SOHO Retail MM 2964002337 | 217.76 | 20.95 |
|       Total Total Bank Accounts | 248.47 | 5,134.61 |
|     Total Checking/Savings | 248.47 | 5,134.61 |
|     Accounts Receivable | | |
|       1200 · Accounts Receivable | 314,509.73 | 106,417.82 |
|     Total Accounts Receivable | 314,509.73 | 106,417.82 |
|     Other Current Assets | | |
|       Reserve escrow - GFCP | 0.00 | 11,085.49 |
|       Insurance escrow - GCFP | 0.00 | 12,880.05 |
|       Tax escrow - GCFP | 0.00 | 6,627.69 |
|     Total Other Current Assets | 0.00 | 30,593.23 |
|   Total Current Assets | 314,758.20 | 142,145.66 |
|   Fixed Assets | | |
|     1500 · Retail Space | 3,161,436.00 | 3,161,436.00 |
|     1501 · Accum depr - retail space | -422,209.00 | -341,150.00 |
|     1600 · Tenant improvements | 41,000.00 | 41,000.00 |
|     1602 · Accum. depr. - Tenant impvts | -5,474.00 | -4,423.00 |
|   Total Fixed Assets | 2,774,753.00 | 2,856,863.00 |
|   Other Assets | | |
|     Due from MDP II | 0.00 | 1,453.00 |
|     Loan acquisition costs | 170,089.12 | 170,089.12 |
|     1701 · Accum. amortization mortgage | -116,228.00 | -82,210.00 |
|     1800 · Leasing commissions | 262,556.49 | 262,556.49 |
|     1801 · Accum. amort. - commissions | -96,956.00 | -76,734.00 |
|   Total Other Assets | 219,461.61 | 275,154.61 |
| **TOTAL ASSETS** | 3,308,972.81 | 3,274,163.27 |
| **LIABILITIES & EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable | | |
|         Accounts Payable | 980.00 | 4,574.21 |
|       Total Accounts Payable | 980.00 | 4,574.21 |
|       Other Current Liabilities | | |
|         2105 · Accrued expenses | 464,872.19 | 0.00 |
|       Total Other Current Liabilities | 464,872.19 | 0.00 |

# Soho 25 Retail, LLC
# Balance Sheet
As of December 31, 2009

|  | Dec 31, 09 | Dec 31, 08 |
|---|---:|---:|
| **Total Current Liabilities** | 465,852.19 | 4,574.21 |
| **Long Term Liabilities** | | |
| 2530 · Security Deposits | 131,260.00 | 131,260.00 |
| Due to/from MHP | -72,379.00 | 219,620.00 |
| Loan Payable - Greenwich Financ | 8,500,000.00 | 8,500,000.00 |
| **Total Long Term Liabilities** | 8,558,881.00 | 8,850,880.00 |
| **Total Liabilities** | 9,024,733.19 | 8,855,454.21 |
| **Equity** | | |
| 3502 · Capital - MDH, LLC | -1,647,561.15 | -1,556,784.68 |
| 3503 · Capital - Metropolitan Investor | -3,933,729.79 | -3,873,211.79 |
| Net Income | -134,469.44 | -151,294.47 |
| **Total Equity** | -5,715,760.38 | -5,581,290.94 |
| **TOTAL LIABILITIES & EQUITY** | 3,308,972.81 | 3,274,163.27 |