**MCCARTER & ENGLISH LLP**
Eduardo J. Glas, Esq.
245 Park Avenue, 27th Floor
New York, New York 10167
Tel:    212-609-6800
Fax:    212-609-6921

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Soho 25 Retail, LLC, | ) | Case No. 10-15114 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Bank of America, N.A., as Trustee for the Registered Holders of GS Mortgage Securities Corporation II, Commercial Mortgage Pass-Through Certificates, Series 2006 GG8 and pursuant to Rules 1001 and 9019(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses and further request that they be added to the Master Service List:

Eduardo J. Glas, Esq.
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, New York 10167
Tel:    212-609-6800
Fax:    212-609-6921
Email: eglas@mccarter.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Bank of America's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Bank of America may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
      September 29, 2010

MCCARTER & ENGLISH LLP


By: _/s/Eduardo J. Glas_____
      Eduardo J. Glas
245 Park Avenue, 27th Floor
New York, New York 10167
Tel:   212-609-6800
Fax:   212-609-6921

ATTORNEY FOR:
Bank of America, N.A., as Trustee